To whomever this letter reach, I hope all is well. I'm writting in hopes of being sent a court dockett sheet of all sentences I recieved Federally. Also, I requested that I be sent a copy of my "possession of ammunition" case and was told to pay for it. Well, I am indigent and am now requesting it upon being indigent. Also, I'd like to recieve information about contacting Pete Theodocion (my old lawyer)

CR 219-44
CR 220-54

Wilbert L Stephens #1000662845
P.O. box 668
Trion Ga. 30753

CHATTANOOGA TN 373
2 AUG 2022 PM 1 L



Clerk of Court
801 Gloucester St
Brunswick Ga, 31520

31520-707172