# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912) 280-1330 |

## NOTICE of FILING DEFICIENCY

To: Wilbert Stephens                           Date: 8/5/2022
Case: CR 220-054; CR 219-046          Party: Defendant

Your pleading, __Letter (Doc. no. 65); Letter (Doc. no. 38)_____,

was filed on __08/05/22____, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)      or      [x] Corrective Actions Required

1. ☐ Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
2. ☐ Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
3. ☐ Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
4. ☐ Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
5. ☐ Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
6. ☐ Motion is not in compliance with Local Rules.
   a. ☐ No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   b. ☐ No good faith document was submitted. (L.R. 26.5)
   c. ☐ Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   d. ☐ Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
7. ☐ For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
8. ☐ Counsel should file a separate motion for each relief sought and not file a consolidated motion.
9. ☒ Other:
   Your letter is not signed. Please sign an return the enclosed signature page to the address above.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _Jamie Aabalza_
                                          Deputy Clerk